**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Macquarie Bank Limited, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING MOTIONS FOR** |
| | ) | **LEAVE TO APPEAR PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Bradley D. Knickel, LexMac Energy, L.P., | ) | |
| Lexar Energy, Inc., Novus Operating | ) | |
| Company, LP and KHL, Inc., | ) | Case No. 4:08-cr-048 |
| | ) | |
| Defendants. | ) | |

Before the court are the Defendants' motions for attorneys David. W. Elrod and Worthy W. Walker to appear *pro hac vice* on their behalf. In accordance with Local Rule 79.1(D), David. W. Elrod and Worthy W. Walker have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fee to the office of the clerk. Accordingly, the Defendants' motions (Docket Nos. 4 and 6) are **GRANTED**. Attorneys David. W. Elrod and Worthy W. Walker are admitted to practice before this court in this matter on behalf of the Defendants.

**IT IS SO ORDERED.**

Dated this 13th day of May, 2008.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge