**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Macquarie Bank Limited, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING MOTION TO** |
| | ) | **APPEAR PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Bradley D. Knickel, LexMac Energy, L.P., | ) | |
| Lexar Energy, Inc., and Novus Operating | ) | |
| Company, LP, | ) | Case No. 4:08-cv-048 |
| | ) | |
| Defendant. | ) | |

Before the court is the Plaintiff's motion for attorney Shari L. Heyen to appear *pro hac vice* on its behalf. In accordance with Local Rule 79.1(D), Ms. Heyen has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. She has also paid the required admission fee to the office of the clerk. Accordingly, the Plaintiff's motion (Docket No. 10) is **GRANTED**. Attorney Shari L. Heyen is admitted to practice before this court in this matter on the Plaintiff's behalf.

**IT IS SO ORDERED.**

Dated this 23rd day of June, 2008.

/s/ *Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge