UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Macquarie Bank Limited and | ) | |
| Macquarie Americas Corp., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **ORDER** |
| *v.* | ) | |
| | ) | |
| Bradley D. Knickel, LexMac Energy, L.P., | ) | Case No. 4:08-CV-048 |
| Lexar Energy, Inc., Novus Operating | ) | |
| Company, LP, KHL, Inc., and | ) | |
| Mineral Land Services, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the Stipulation between Plaintiff Macquarie Bank Limited and Defendants

Bradley D. Knickel, LexMac Energy, L.P., Lexar Energy, Inc., and Novus Operating Company,

L.P., to amend the Scheduling/Discovery Plan, IT IS HEREBY ORDERED THAT:

1.    The parties shall provide the names of expert witnesses and complete reports

under Rule 26(a)(2) as follows:

Plaintiff:          November 1, 2008
Defendants:          November 30, 2008

2.    The parties shall have until December 21, 2008, to complete discovery

depositions of expert witnesses.

Dated this 6th day of October,  2008

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge

4831-2726-7587\1\476761\00003