## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Macquarie Bank Limited, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING MOTIONS FOR** |
| | ) | **LEAVE TO APPEAR PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Bradley D. Knickel, LexMac Energy, L.P., | ) | |
| Lexar Energy, Inc., Novus Operating | ) | |
| Company, LP and KHL, Inc., | ) | Case No. 4:08-cr-048 |
| | ) | |
| Defendants. | ) | |

Before the court is the Plaintiff's motion for attorney Paul J. Brown to appear *pro hac vice* on its behalf. In accordance with Local Rule 79.1(D), Mr. Brown has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fee to the office of the Clerk. Accordingly, the Plaintiff's motion (Docket No. 32) is **GRANTED**. Attorney Paul J. Brown is admitted to practice before this court in this matter on behalf of the Plaintiff.

**IT IS SO ORDERED.**

Dated this 16th day of October, 2008.

*/s/ Charles S. Miller, Jr*
Charles S. Miller, Jr. United States Magistrate Judge