UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Macquarie Bank Limited and<br>Macquarie Americas Corp., | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| vs. | )<br>)<br>) | Civil Action No. 4:08-CV-00048-DLH-CSM |
| Bradley D. Knickel, LexMac Energy, L.P.,<br>Lexar Energy, Inc., Novus Operating<br>Company, LP, KHL, Inc., and Mineral Land<br>Services, Inc., | )<br>)<br>)<br>) | **ORDER** |
| Defendants. | )<br>) | |

Pursuant to the Stipulation between Plaintiff Macquarie Bank Limited, Macquarie Americas Corp. and Defendants Bradley D. Knickel, LexMac Energy, L.P., Lexar Energy, Inc., and Novus Operating Company, L.P., to amend the Scheduling/Discovery Plan, IT IS HEREBY ORDERED THAT:

1. The deadline in paragraph 8 of the Scheduling/Discovery Plan dated June 23, 2008 shall be extended, so that the deadline for parties to move the Court for leave to amend their pleadings to add claims or defenses, including claims for punitive damages is December 19, 2008.

Dated:   December 5, 2008

*/s/  Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge

4852-4618-8547\1\476761\00003