**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Macquarie Bank Limited and | ) | |
| Macquarie Americas Corp. | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER (AMENDED) MOTION FOR** |
| | ) | **GRANTING LEAVE TO FILE** |
| vs. | ) | **UNDER SEAL** |
| | ) | |
| Bradley D. Knickel, LexMac Energy, L.P., | ) | |
| Lexar Energy, Inc., Novus Operating | ) | |
| Company, LP, KHL, Inc., and | ) | |
| Mineral Land Services, Inc., | ) | Case No. 4:08-cr-048 |
| | ) | |
| Defendants. | ) | |

_____

On December 19, 2008, Defendants LexMac Energy, L.P. (LexMac), Lexar Energy, Inc. (Lexar Energy), and Novus Operating Company, LP (Novus) filed a Motion for Leave to File Documents under Seal. Attached to the motion are the documents-- Exhibits A, B, D, E and F--for which they seek leave to file under seal. They contemporaneously filed a Motion for Leave to Amend Pleadings and to Extend Deadline to Join Additional Parties and supporting Memorandum. (Docket No. 48). They wish to file Exhibits A, B, D, E and F in support of their latter motion but note that they have been designated as "confidential" by Plaintiff Macquarie Bank Limited.

The court **GRANTS** LexMac's, Lexar Energy's, and Novus' Motion Leave to File Documents under Seal (Docket No. 47). Exhibits A, B, D, E and F may be filed under seal.

**IT IS SO ORDERED.**

Dated this 22nd day of December, 2008.

                              */s/  Charles S.  Miller, Jr.*
                              Charles S.  Miller, Jr.
                              United States Magistrate Judge