**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Macquarie Bank Limited and | ) | |
| Macquarie Americas Corp. | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER GRANTING MOTION FOR** |
| | ) | **LEAVE TO FILE UNDER SEAL** |
| vs. | ) | |
| | ) | |
| Bradley D. Knickel, LexMac Energy, L.P., | ) | |
| Lexar Energy, Inc., Novus Operating | ) | |
| Company, LP, KHL, Inc., and | ) | |
| Mineral Land Services, Inc., | ) | Case No. 4:08-cr-048 |
| | ) | |
| Defendants. | ) | |

On January 3, 2009, Defendants LexMac Energy, L.P. (LexMac), Lexar Energy, Inc. (Lexar Energy), and Novus Operating Company, LP (Novus) filed three Motions for Leave to File Documents under Seal. (Docket No. 54, 55, and 56) Attached these motions were documents for which they seek leave to file under seal. These documents have been marked as Exhibits A, B, C, F, G, H, I, J, K, M, N, and O.

Defendants aver that their response in opposition to Plaintiff's Motion for Leave to File Amended Pleading & Motion to Extend Deadline to Join Additional Parties relies on the aforementioned documents, which have either been designated "confidential" by Plaintiff Macquarie Bank Limited or are deposition transcripts which may discuss the alleged "confidential" information.

The court **GRANTS** LexMac's, Lexar Energy's, and Novus' three Motions Leave to FileDocuments under Seal (Docket No. 54, 55, and 56). Exhibits A, B, C, F, G, H, I, J, K, M, N, and O may be filed under seal.

**IT IS SO ORDERED**.

Dated this 5th day of January, 2009.

                                          */s/ Charles S. Miller, Jr.*
                                          Charles S. Miller, Jr.
                                          United States Magistrate Judge