# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Macquarie Bank Limited and Macquarie Americas Corp., | ) ) ) | **ORDER** |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| Bradley D. Knickel, LexMac Energy. L.P., Lexar Energy, Inc., Novus Operating Company, LP, KHL, Inc., and Mineral Land Services, Inc., | ) ) ) ) ) | Case No. 4:08-cv-48 |
| Defendants. | ) | |

___

On Friday, May 1, 2009, at 2:30 p.m. CDT the court shall conduct a hearing on the Defendants' pending Motion to Compel Deposition of Gavin Bradley. The hearing shall be conducted via telephone conference call to be initiated by the court. Plaintiffs' counsel is advised that the court intends to inquire how many times Mr. Bradley has traveled to the United States in the last two years. Plaintiffs' counsel should ensure that they have the information available to respond.

**IT IS SO ORDERED**.

Dated this 21st day of April, 2009.

/s/  Charles S.  Miller, Jr.
Charles S.  Miller, Jr.
United States Magistrate Judge