# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
### NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Macquarie Bank Limited and | ) | |
| Macquarie Americas Corp., | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Bradley D. Knickel, Lexmac Energy, L.P., | ) | |
| Lexar Energy, Inc., Novus Operating | ) | |
| Company, L.P., KHL, Inc., and | ) | |
| Mineral Land Services, Inc., | ) | |
| | ) | Case No. 4:08-cv-00048 |
| Defendants, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Macquarie Barnett, LLC, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

Before the court is the Defendants' Motion for attorney Leane Capps Medford to appear *pro hac vice* on their behalf.  In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Leane Capps Medford has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. She has also paid the required admission fees to the office of the Clerk.  Accordingly, the Defendants' motion (Docket No. 140) is **GRANTED**.  Attorney Leane Capps Medford is admitted to practice before this court in the above-entitled action on behalf of the Defendants.

**IT IS SO ORDERED.**

Dated this 13th day of July, 2010.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge