## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Macquarie Bank Limited, | ) | |
| Macquarie Americas Corp. | ) | |
| | ) | |
| Plaintiff and | ) | |
| Counter-Defendant | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Bradley D. Knickel, LexMac Energy, | ) | |
| L.P., Lexar Energy, Inc., Novus Operating | ) | |
| Company, LP, KHL, Inc. and Mineral | ) | |
| Land Services, Inc. | ) | |
| | ) | |
| Defendants and | ) | |
| Counter-Plaintiffs | ) | Case No. 4:08-cv-048 |
| | ) | |
| vs. | ) | |
| | ) | |
| Macquarie Barnett LLC, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

The court held a telephonic status conference with the parties on March 24, 2011. Pursuant to its discussion with the parties, the court **ORDERS**:

1. Defendants' response to plaintiffs' March 15, 2011, Motion in Limine (Doc. No. 197) is due by April 1, 2011.

2. The offering party shall have until March 30, 2011, to file and serve a designation of those portions of any depositions which will be presented at trial, and the manner in which each of the depositions of were recorded. The other party shall have until April 4, 2011, to designate additional portions of any depositions appearing on the offering party's list. Any party who objects to admissibility of deposition testimony

1

    to be offered shall have until April 6, 2011, to file a list of objections it intends to preserve.

3. Parties shall submit their proposed jury instructions to the court by April 4, 2011.

4. The court will not require the parties to submit a pretrial brief. However, if the parties opt to submit such a brief, they must do so by April 6, 2011.

5. The final pretrial conference set for March 28, 2011, shall be rescheduled for March 31, 2011, at 1:30 p.m. via telephone before the undersigned. The court shall initiate the conference call.

Dated this 24th day of March, 2011.

                                              */s/ Charles S. Miller, Jr.*
                                              Charles S. Miller, Jr.
                                              United States Magistrate Judge